FILED BY _____ D.C.

05 OCT -4 AM 11: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN - MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARCUS WILLIS,

    Plaintiff,

vs.                                                                No.   05-2625 B P

SHELBY COUNTY, TENNESSEE, et. al.,                JURY DEMANDED

    Defendants.

## ORDER GRANTING JOINT MOTION OF DEFENDANTS, CMS, MERRIWEATHER AND SAMPLE, FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADINGS AND/OR RULE 12 MOTION

For good cause shown, and without objection from counsels to plaintiff as well as the Shelby County Defendants; the motion of defendants: Correctional Medical Service, Inc., (CMS); Katherine Merriweather, RN; and Alaina Sample, LPN for an additional sixty (60) days within which to obtain the medical records in this case, investigate the allegations of the complaint and file a responsive pleading and/or a Rule 12 motion is hereby **GRANTED**. The above defendants shall have 60 days from the date of entry of this order within which to file respective responsive pleadings and/or a rule 12 motion.

IT IS SO ORDERED, this the __4__ day of __October__, 2005.

_Tu M. Pham_
~~J. DANIEL BREEN~~ Tu M. Pham
United States ~~District Court~~ Judge
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-5-05_

## **CERTIFICATE OF SERVICE**

I hereby certify that I have mailed a copy of the foregoing to:

Mr. Herbert D. Hurst
Attorney at Law
Hurst Law Firm, PA
P. O. Box 41497
Memphis, TN 38174

and

Ms. Debra Fessenden,
Assistant Shelby County Attorney
160 N. Main, St., Suite 660
Memphis, TN 38103

on this 3rd day of October, 2005.

Bruce I. Griffey

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02625 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Herbert D. Hurst
Hurst Law Firm, P.A.
2287 Union Ave.
Memphis, TN 38104

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT