FILED BY ____ D.C.

05 OCT -5 PM 3: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARCUS WILLIS,

   Plaintiff,

vs.                                                NO. 05-2625 B/P
                                                   <u>JURY DEMANDED</u>

SHELBY COUNTY, TENNESSEE, et al.,

   Defendants.

---

### ORDER GRANTING MOTION OF DEFENDANTS SHELBY COUNTY, WHARTON, LUTTRELL, AND COLEMAN FOR AN ENLARGMENT OF TIME IN WHICH TO RESPOND

---

Defendants Shelby County, Mayor Wharton, Sheriff Luttrell, and Jail Director Coleman have moved, by and through counsel, to enlarge the time in which they may respond to the Complaint filed in this cause in order to review records and formulate a response to the Complaint. It appearing to the Court that for good cause shown, the Motion of the Defendants should be granted and they should be granted an additional period of thirty (30) days in which to file a responsive pleading and/or a Rule 12 motion in this cause. These Defendants shall have thirty (30) days from the date of entry of this order in which to file their pleadings and/or Rule 12 motion.

IT IS SO ORDERED.

/s/ [signature]

DATE: October 5, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02625 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Herbert D. Hurst
Hurst Law Firm, P.A.
2287 Union Ave.
Memphis, TN 38104

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT