IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARCUS WILLIS,

    Plaintiff,

vs.                                          NO. 05-2625 B/P
                                          <u>JURY DEMANDED</u>

SHELBY COUNTY, TENNESSEE, et al.,

    Defendants.

---

ORDER GRANTING MOTION OF DEFENDANTS SHELBY COUNTY, WHARTON,
LUTTRELL, AND COLEMAN FOR AN ADDITIONAL ENLARGMENT
OF TIME IN WHICH TO RESPOND

---

      Defendants Shelby County, Mayor Wharton, Sheriff Luttrell, and Jail Director Coleman have moved, by and through counsel, to enlarge the time in which they may respond to the Complaint filed in this cause in order to review records and formulate a response to the Complaint. Counsel for the Plaintiff and the co-Defendants have consented to this enlargement. It appearing to the Court that for good cause shown, the Motion of the Defendants should be granted and they should be granted an additional period of thirty (30) days in which to file a responsive pleading and/or a Rule 12 motion in this cause. These Defendants shall have thirty (30) days from the date of entry of this order in which to file their pleadings and/or Rule 12 motion.

      IT IS SO ORDERED.

                                              _/s/_____

                                    DATE: November 7, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-8-05



Respectfully submitted,

*[signature]*

DEBRA L. FESSENDEN       #011818
Assistant County Attorney
Attorney for Shelby County, Tennessee; A C Wharton; Mark Luttrell, Jr.; and James Coleman
Assistant County Attorney
160 N. Main, Suite 660
Memphis, Tennessee 38103
(901) 545.2139

## CERTIFICATE OF SERVICE

I, Debra L. Fessenden, do hereby certify that a copy of the foregoing has been served via U.S. Mail, postage prepaid, to Mr. Herbert Hurst, Attorney at Law, 2287 Union Avenue, Memphis, Tennessee and to Mr. Jerry O. Potter and Mr. Bruce I. Griffey, Attorneys at Law, 119 South Main, Suite 300, Memphis, Tennessee 38103 on this the 4 day of November 2005.

*[signature]*

DEBRA L. FESSENDEN

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02625 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Herbert D. Hurst
Hurst Law Firm, P.A.
2287 Union Ave.
Memphis, TN 38104

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT